IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 MAY -3 PM 1:56

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

SCHNEIDER NATIONAL CARRIERS, INC.,

    Plaintiff,

v.                                                      Civil Action No. 05:2195-Ma-P

HUISH DETERGENTS, INC.,

    Defendant.

---

## RULE 16(b) SCHEDULING ORDER

---

Pursuant to written notice and by agreement of the parties, the following dates are established as the final dates for:

| | |
|---|---|
| **INITIAL DISCLOSURES (Rule 26(a)(1)):** | May 19, 2005 |
| **JOINING PARTIES:** | July 5, 2005 |
| **AMENDING PLEADINGS:** | July 5, 2005 |
| **INITIAL MOTIONS TO DISMISS:** | August 5, 2005 |
| **COMPLETING ALL DISCOVERY:** | November 11, 2005 |

(a)     **REQUESTS FOR PRODUCTION, INTERROGATORIES, and REQUESTS FOR ADMISSION:**

        To be served such that all answers and responses are due on or before August 15, 2005

(b)     **EXPERT DISCLOSURE (Rule 26(a)(2)):**

| | | |
|---|---|---|
| (i) | Plaintiffs' Experts: | September 12, 2005 |
| (ii) | Defendants' Experts: | October 12, 2005 |
| (iii) | Supplementation under Rule 26(e): | October 26, 2005 |

(c)     **DEPOSITION OF EXPERTS:**               November 11, 2005



**FILING DISPOSITIVE MOTIONS**:                    December 9, 2005

**OTHER RELEVANT MATTERS**:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. *It is anticipated the trial may last 3-4 days.*

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60, shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This Order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

_____
TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

_____5/2/05_____
DATE

2

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02195 was distributed by fax, mail, or direct printing on May 3, 2005 to the parties listed.

---

David Curry Riley
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Tom TJ Jones
Dyer County Circuit Court
P.O. Box 1360
Dyersburg, TN 38025--136

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT