FILED BY _____ D.C.

05 NOV 29 PM 5: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| SCHNEIDER NATIONAL CARRIERS, INC., | * | |
| Plaintiff, | * | |
| Vs. | * | NO: 05:2195-Ma/P |
| HUISH DETERGENTS, INC., | * | |
| Defendant. | * | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their attorneys of record, and announce to the Court that the matters and things heretofore in controversy between them have been settled and that this cause should therefore be dismissed, with prejudice, at the cost of the Defendant, (costs assessed shall not include any discretionary costs, the Defendant to pay only the costs of the Clerk with any other costs to be borne by the Plaintiff).

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's case be, and the same is hereby dismissed with prejudice, at the cost of the Defendant, (costs assessed shall not include any discretionary costs, the Defendant to pay only the costs of the Clerk with any other costs to be borne by the Plaintiff) for which let execution issue, if needed.

1

This document entered on the docket sheet in compliance
_____ 11-30-05
with Rule 58 and/or 79(a) FRCP on

9

_____
JUDGE

DATED: November 29, 2005

APPROVED FOR ENTRY:

BY: _____
DAVID RILEY, #021663
Attorney for Plaintiff
(FILE: #04-733)

BY: _____
FRANK THACHER, ## 23925
Attorney for Defendant

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02195 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Tom TJ Jones
Dyer County Circuit Court
P.O. Box 1360
Dyersburg, TN 38025--136

David Curry Riley
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT