UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -2 PM 4: 16

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

**SCHNEIDER NATIONAL CARRIERS, INC.,**

    **Plaintiff,**

v.                                                               Cv. No. 05-2195-Ma

**HUISH DETERGENTS, INC.,**

    **Defendant.**

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Consent Order of Dismissal with Prejudice, docketed November 30, 2005.

**APPROVED:**

_/s/ signature_

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

_December 1, 2005_
_____
DATE

THOMAS M. GOULD
_____
CLERK

_/s/ signature_
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCP on _12-7-05_

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02195 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

---

Tom TJ Jones
Dyer County Circuit Court
P.O. Box 1360
Dyersburg, TN 38025--136

Frank B. Thacher
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

David Curry Riley
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT